FILED
SEP 22 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

ENTERED
SEP 22 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**Fill in this information to identify the case:**

Debtor 1 LYDIA ONG SANDERS
First Name Middle Name Last Name

Debtor 2 (Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: Central District of CA

Case number (If known) 15-14615

Chapter filing under:

- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[ ] The debtor(s) must pay the filing fee according to the following terms:

| | You must pay... | On or before this date... |
|---|---|---|
| | $ | Month / day / year |
| | $ | Month / day / year |
| | $ | Month / day / year |
| | + $ | Month / day / year |
| Total | $ | |

denied – dismiss w. 180-day bar. This debtor and husband have filed 9 cases in only about 4 yrs.

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

9/22/15
Month / day / year

By the court: [signature]
United States Bankruptcy Judge