# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE−FILING

**DEBTOR(S) INFORMATION:**
Lydia Ong Sanders
**SSN:** xxx−xx−9390
**EIN:** N/A

1621 Kensing Ln
Santa Ana, CA 92705−3074

**BANKRUPTCY NO.** 8:15−bk−14615−TA
**CHAPTER** 11

You are notified that an order was entered **DISMISSING** the above−captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

Dated: September 22, 2015

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ndwr rev. 11/97) VAN−18

**7 / DER**