United States Bankruptcy Court
Central District of California

In re:  
Lydia Ong Sanders  
    Debtor

Case No. 15-14615  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-8     User: vnguyenC     Page 1 of 1     Date Rcvd: Sep 22, 2015  
                    Form ID: ccdn      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2015.  
db         Lydia Ong Sanders,    1621 Kensing Ln,    Santa Ana, CA   92705-3074

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2015                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2015 at the address(es) listed below:  
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov  
                                                                                                             TOTAL: 1

**United States Bankruptcy Court**
**Central District Of California**

In re:
Lydia Ong Sanders

CHAPTER NO.: 11

CASE NO.: 8:15−bk−14615

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and FRBP 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4)
☑ Statement of Related Cases (Information required by LBR 1015−2 (LBR Form F 1015−2.1))
☑ Notice of Available Chapters signed by Debtor(s). (Official Form B201) [11 U.S.C. § 342(b); Court Manual, section 2−1]
☑ Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159) (Official Form B6 Pg 2)
☑ Debtor's Certification of Employment Income (Local Form)
☑ Verification of Master Mailing List of Creditors [LBR 1007−1(d)] (Local Form)

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash−flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash−flow statement has been prepared and no Federal tax return has been filed. [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

       Chapter 11    Original and 2 Copies. 1 copy marked as "Judge's Copy."

**Please return the original or copy of this form with all required items to the following location:**

       411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the below−referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: September 22, 2015

**By: Vi Nguyen**
**Deputy Clerk**

ccdn − Revised 06/2014                                                                                                                    **1 / NGV**