United States Bankruptcy Court
Central District of California

In re:  
Lydia Ong Sanders  
      Debtor

Case No. 15-14615-TA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: gderamusC     Page 1 of 1     Date Rcvd: Sep 22, 2015  
                       Form ID: ndwr     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2015.
```
db              Lydia Ong Sanders,    1621 Kensing Ln,    Santa Ana, CA  92705-3074
smg            +Securities & Exchange Commission,    444 South Flower St., Suite 900,
                 Los Angeles, CA 90071-2934
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: EDD.COM Sep 23 2015 02:44:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
                 P.O. Box 826880,   Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Sep 23 2015 02:43:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
smg             EDI: IRS.COM Sep 23 2015 02:43:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA  19101-7346
36589569        EDI: NAVIENTFKASMSERV.COM Sep 23 2015 02:44:00      Navient,   P.O. Box 9555,
                 Wilkes-Barre, PA 18773-9555
                                                                                             TOTAL: 4
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2015                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2015 at the address(es) listed below:
```
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 1
```

**United States Bankruptcy Court**
**Central District Of California**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE−FILING

**DEBTOR(S) INFORMATION:**
Lydia Ong Sanders
**SSN:** xxx−xx−9390
**EIN:** N/A

1621 Kensing Ln
Santa Ana, CA 92705−3074

**BANKRUPTCY NO.** 8:15−bk−14615−TA
**CHAPTER** 11

You are notified that an order was entered **DISMISSING** the above−captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

Dated: September 22, 2015

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ndwr rev. 11/97) VAN−18

**7 / DER**