United States Bankruptcy Court
Central District of California

In re:  
Lydia Ong Sanders  
      Debtor

Case No. 15-14615-TA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-8     User: gderamusC     Page 1 of 1     Date Rcvd: Sep 22, 2015  
                        Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2015.  
db        Lydia Ong Sanders,   1621 Kensing Ln,   Santa Ana, CA  92705-3074

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2015                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2015 at the address(es) listed below:  
           United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov  
                                                                                                      TOTAL: 1

**Fill in this information to identify the case:**

Debtor 1 __LYDIA__ __ONG__ __SANDERS__
　　　　　First Name　　Middle Name　　Last Name

Debtor 2
(Spouse, if filing) First Name　Middle Name　Last Name

United States Bankruptcy Court for the: __Central__ District of __CA__

Case number __15-14615__
(if known)

Chapter filing under:
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**FILED**
SEP 22 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**ENTERED**
SEP 22 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[ ] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ _____ | _____ Month / day / year |
| $ _____ | _____ Month / day / year |
| $ _____ | _____ Month / day / year |
| + $ _____ | _____ Month / day / year |
| **Total** $ _____ | |

*Handwritten: denied — dismiss w/ 180-day bar. This debtor and husband have filed 9 cases in only 4 years.*

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

__9/22/15__　　By the court: _____
Month / day / year　　　　　　　United States Bankruptcy Judge