| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Lydia Ong Sanders, Pro Se<br>1621 Kensing Lane<br>Santa Ana, CA 92705-3074<br>Telephone: (714) 665-8012<br>Facsimile: (714) 665-8012<br>E-mail: lydiaosanders@yahoo.com<br><br><br>Lydia Ong Sanders, Pro Se<br>*Attorney for Appellant* | **FILED**<br>**OCT - 5 2015**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |

**ORIGINAL**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - Santa Ana _____ DIVISION

| In re: | CASE NO.:    8:15-bk-14615-TA |
|---|---|
| | ADVERSARY NO.:    n/a<br>*(if applicable)* |
| | CHAPTER:    11 |
| Lydia Ong Sanders | |
| | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |
| Debtor(s). | |

## Part 1: Identify the appellant(s)

1.  Name(s) of appellant(s):

    Lydia Ong Sanders _____

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ❑  Plaintiff<br>❑  Defendant<br>❑   Other (describe) _____<br><br>_____ | ☑  Debtor<br>❑  Creditor<br>❑  Trustee<br>❑   Other (describe) _____ |

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Dismissal with bar.

2. State the date on which the judgment, order, or decree was entered: 9/22/15.

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: U.S. Trustee

Attorney: U.S. Trustee

411 W. 4th St., Ste. 9041

Santa Ana, CA 92701

2. Party: n/a

Attorney: n/a

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 10/5/15

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Lydia Ong Sanders, Pro Se

1621 Kensing Lane

Santa Ana, CA 92705

Telephone: (714) 665-8012

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1621 Kensing Lane
Santa Ana, CA 92705-3074

A true and correct copy of the foregoing document entitled (*specify*): <u>NOTICE OF APPEAL AND STATEMENT OF</u>
<u>ELECTION</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*n/a*

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*n/a*

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___10/05/2015___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Theodor Albert, 411 W. 4th St., Ste. 5085/Courtroom 5B, Santa Ana, CA 92701 (5th Fl. bin outside elevators)
U.S. Trustee, 411 W. 4th St., Ste. 9041, Santa Ana, CA 92701 (personal delivery to receptionist)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| <u>10/05/2015</u> | <u>Marshall Samuel Sanders</u> | |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.