| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br><br>*Lydia Ong Sanders*<br><br>Debtor(s) | CASE NO.: 8:15-BK-14615-TA<br>ADVERSARY NO.:<br>APPEAL DOCKET ENTRY NO.: |
| vs.<br><br>Plaintiff(s)<br><br><br>Defendant(s) | NOTICE OF APPEAL DEFICIENCY<br>TO APPELLANT [FRBP 8003(a)] |

The Notice of Appeal filed in this case on (date) **9.5.2015** has one or more of the following deficiencies that require either payment of the appropriate fee, and/or the filing of an Amended Notice of Appeal that includes the non-fee items listed below. Fees and/or filings must be submitted to the United States Bankruptcy Court, Central District of California, within 14 days from the date of this notice.

■ Notice of Appeal filing fee was not paid.

☐ Notice of Cross-Appeal filing fee was not paid.

☐ The Notice of Appeal does not conform substantially with the Notice of Appeal and Statement of Election (Official Form B 17A):

    ☐ Does not include the title of order, judgment, or decree.

    ☐ Does not include the entered date of order, judgment, or decree.

    ☐ Does not include the ☐ names ☐ addresses ☐ telephone numbers of the opposing parties.

    ☐ Not signed by the Appellant.

■ Does not include entered stamped copy of order, judgment, or decree.

Date: **9.5.2015**

KATHLEEN J. CAMPBELL
Clerk of Court

By: _____
Deputy Clerk
(714) 338-5378 (Nickie)
Telephone Number

---

*July 2015*          APPEAL.NOTICE.DEFICIENCY