| Attorney or Party Name, Address and Telephone Number: | FOR COURT USE ONLY |
|---|---|
| Lydia Ong Sanders, Pro Se<br>1621 Kensing Lane<br>Santa Ana, CA 92705-3074<br>(714) 665-8012<br><br>Attorney for: n/a | FILED<br>NOV 10 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Lydia Ong Sanders<br><br><br><br>Debtor(s). | CASE NO.: 8-15-bk-14615 –TA<br><br>CHAPTER: 11<br><br>**NOTICE OF TRANSCRIPT(S)**<br><br>DATE NOTICE OF<br>APPEAL FILED: 10/5/15 |
|---|---|

**TO:    CLERK, U. S. BANKRUPTCY COURT AND OTHER PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that the following action has been taken:

[ ✔ ]    I do not intend to designate any portion of the transcript(s) and will notify all counsel of this intention.

[  ]    As retained counsel (or litigant proceeding in pro per), I have requested a copy of the below-referenced transcript(s) and guarantee payment of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of the order.

**DATE TRANSCRIPT(S) ORDERED**    **FOR HEARING DATE(S)**

_____    _____

_____    _____

_____    _____

DATED: 11/9/15    _Lydia Ong Sanders_
                  **Signature**

***SPECIAL INSTRUCTIONS***

**THIS IS NOT AN ORDER FOR A TRANSCRIPT.** To order a transcript, please use the Court approved TRANSCRIPT ORDER FORM.

The original and 2 copies of this Notice, accompanied by a Proof of Service on opposing counsel, are to be filed with the U. S. Bankruptcy Court within 14 days of the filing of the Notice of Appeal.

---

**NOTICE OF TRANSCRIPT(S) (Bankruptcy)**
APPEALS: NTC-TSC.BK (Revised 2/2010)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1621 Kensing Lane
Santa Ana, CA 92705-3074

A true and correct copy of the foregoing document entitled (*specify*): Notice of Transcript _____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/10/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor C. Albert, 411 W. 4th St., Suite 5085/Courtroom 5B, Santa Ana, CA 92701-4593 (5th fl. bin outside elevators)
U.S. Trustee, 411 W. 4th St., Suite 9041, Santa Ana, CA 92701-8000 (personal delivery to receptionist)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/10/2015 | Marshall Samuel Sanders | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE