Lydia Ong Sanders (*Pro Se*)
1621 Kensing Lane
Santa Ana, California 92705-3074
Telephone: (714) 665-8012
Facsimile: (714) 665-8012
Email: lydiaosanders@yahoo.com

Debtor *Pro Se*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| IN RE<br><br>LYDIA ONG SANDERS,<br><br>Debtor. | Bankruptcy Case No.: 8:15-bk-14615-TA<br>BAP Case No.: CC-15-1344<br>Chapter 11<br><br>**DESIGNATION OF RECORD UNDER F.R.B.P. 8009** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

Appellant LYDIA ONG SANDERS designates the following documents under F.R.B.P. 8009:

1. Docket in case no. 8:15-bk-14615-TA

2. Docket No. 1-Chapter 11 Voluntary Petition

3. Docket No. 2-Statement of social security number

4. Docket No. 3-Application to pay filing fee in installments

5. Docket No. 5-**ORDER** denying application to pay filing fee in installments *with 180-day bar*

6. Docket No. 6-**ORDER OF DISMISSAL** *with special restriction-period against re-filing a new bankruptcy case* – Debtor **DISMISSED** *for 180 days*

---

**DESIGNATION OF RECORD**
Case No. 8:15-bk-14615-TA

1

7. Docket No. 7-**NOTICE OF DISMISSAL** with restriction against Debtor's re-filing

8. Docket No. 8-Debtor's request to activate electronic noticing (DeBN)

9. Docket No. 9-BNC certificate of notice of the filing of a voluntary Chapter 11 petition

10. Docket No. 10-BNC certificate of notice of Chapter 11 voluntary petition

11. Docket No. 11-BNC certificate of notice of **DISMISSAL** with restriction against Debtor's re-filing

12. Docket No. 12-BNC certificate of notice of **ORDER OF DISMISSAL** with special restriction period against re-filing a new bankruptcy case

13. Docket No. 13-Notice of Appeal and Statement of Election to the Bankruptcy Appellate Panel

14. Docket No. 14-Deficiency letter to Appellant

15. Docket No. 15-Notice of referral of appeal to the United States Bankruptcy Appellate Panel of the Ninth Circuit Court of Appeals (California)

Dated: November 9, 2015       LYDIA ONG SANDERS

By: _____
LYDIA ONG SANDERS
Debtor *Pro Se*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1621 Kensing Lane
Santa Ana, CA 92705-3074

A true and correct copy of the foregoing document entitled (*specify*): Designation of Record under F.R.B.P. 8009
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/10/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor C. Albert, 411 W. 4th St., Suite 5085/Courtroom 5B, Santa Ana, CA 92701-4593 (5th fl. bin outside elevators)
U.S. Trustee, 411 W. 4th St., Suite 9041, Santa Ana, CA 92701-8000 (personal delivery to receptionist)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/10/2015 | Marshall Samuel Sanders | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**