**FILED & ENTERED**

MAR 30 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Lydia Ong Sanders<br><br>                            Debtor(s). | Case No.: 8:15-bk-14615-TA<br>CHAPTER 11<br>**ORDER TO SHOW CAUSE RE WHY THIS CASE SHOULD NOT BE DISMISSED AS A BAD-FAITH FILING**<br><br>Date:    April 12, 2017<br>Time:    10:00 a.m.<br>Courtroom:    5B |

To Debtor Lydia Ong Sanders:

**IT IS HEREBY ORDERED** that you appear on April 12, 2017 at 10:00 a.m. in Courtroom 5B, located on the 5th Floor of the United States Bankruptcy Court, 411 West Fourth Street, Santa Ana, CA 92701,

//

//

and show cause, if any you have, why an order should not issue dismissing your present case as a bad-faith filing.

###

Date: March 30, 2017

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge