United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 15-14615-TA
Lydia Ong Sanders                                                       Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-8        User: admin            Page 1 of 1            Date Rcvd: Mar 30, 2017
                            Form ID: pdf042        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.
db              Lydia Ong Sanders,    1621 Kensing Ln,    Santa Ana, CA   92705-3074

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:
              Nancy S Goldenberg    on behalf of U.S. Trustee    United States Trustee (SA)
               nancy.goldenberg@usdoj.gov
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                              TOTAL: 2

**FILED & ENTERED**

**MAR 30 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** daniels    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Lydia Ong Sanders<br><br><br><br>Debtor(s). | Case No.: 8:15-bk-14615-TA<br><br>CHAPTER 11<br><br>**ORDER TO SHOW CAUSE RE WHY THIS CASE SHOULD NOT BE DISMISSED AS A BAD-FAITH FILING**<br><br>Date:    April 12, 2017<br>Time:    10:00 a.m.<br>Courtroom:   5B |

To Debtor Lydia Ong Sanders:

**IT IS HEREBY ORDERED** that you appear on April 12, 2017 at 10:00 a.m. in Courtroom 5B, located on the 5th Floor of the United States Bankruptcy Court, 411 West Fourth Street, Santa Ana, CA 92701,

//

//

-1-

1  and show cause, if any you have, why an order should not issue dismissing your
2  present case as a bad-faith filing.

3                                      ###

24  Date: March 30, 2017

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge