Lydia Ong Sanders

1621 Kensing Lane

Santa Ana, CA 92705-3074

Telephone: (714) 665-8012

E-mail: lydiaosanders@yahoo.com

Lydia Ong Sanders, *In Pro Per*



FILED
APR 11 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – ORANGE COUNTY

### RONALD REAGAN FEDERAL BUILDING AND U.S. COURTHOUSE -- SANTA ANA

| | |
|---|---|
| In Re: | Case No.: 8:15-bk-14615-TA |
| Lydia Ong Sanders, | The Honorable Theodor Albert presiding, |
| Debtor. | **DEBTOR'S RESPONSE TO OSC RE BAD FAITH FILING** |

## INTRODUCTION

THE ISSUE

**Facing foreclosure, does a homeowner have a Constitutional Due Process right to file bankruptcy to stop it?**

---

- 1 -
DEBTOR'S RESPONSE TO OSC RE BAD FAITH FILING

ELABORATION

Lydia O. Sanders argues affirmatively that, facing foreclosure, she has a Constitutional Due Process right, indeed, a duty, in order to protect her family, supported by the public policy of the state that a mother shall protect her family, which includes providing food, shelter and clothing, to file bankruptcy to stop foreclosure of her family's home. To accuse Ms. Sanders of filing bankruptcy in *bad faith*, threatens the protection the bankruptcy code offers a financially strapped homeowner like Ms. Sanders desperately trying to protect her family by preventing foreclosure of her family's home. It's the same as posting a sign in front of the bankruptcy court: "<u>NO TRESSPASSING!</u>, Ms. Sanders, or anyone else attempting to stop a foreclosure of a family home, legal or illegal, challenged or unchallenged, in litigation or not in litigation, no matter the belief, no matter the degree of reasonableness, or unreasonableness, no matter the standard applied, subjective or objective, based in facts or based in nothing more than the threat of losing one's home, cry out to know the answer to the question whether the bankruptcy court is "open for business," and if not, then let's hang the following sign out in front of the courthouse, "HOMEOWNERS IN FORECLCOSURE: IGNORE THE BANKRUTPCY CODE, IT'S NOT MEANT FOR YOUR PROTECTION, IT'S FOR EVERYONE ELSE, BUT NOT FOR YOU."

Under the U.S. Constitution a homeowner has the right to equal protection of the law, federal law and state law. But when it comes to "foreclosure," equal protection, in so far as the bankruptcy code and bankruptcy courts are concerned, does not apply, or if it applies, it does so in a haphazard, happenstance fashion rife with inconsistencies in many ways, but falling most precipitously upon homeowners like Ms. Sanders that are facing foreclosure. This fact, this widely disparate treatment of homeowners, this nationwide direction and misdirection in application of the bankruptcy code and each individual bankruptcy court applying the bankruptcy code in a manner yielding different results, not necessarily different because in one state a homeowner faces judicial foreclosure yet in another non-judicial foreclosure, but because the individual judges and justices opining in the various foreclosure cases are, in too many instances, hopelessly conflicted due to their own personal financial and future career interests, civilian or political, and in many instances they are downright financially or ideologically invested in the banks, insurance companies, law firms, and other sides opposing homeowners, and so also, much more insidiously and surreptitiously are their spouses, adult children,

in-laws, blood relatives, friends and associates, that unless the U.S. Supreme Court steps in and decides one way or the other on issues of federal and state courts running in all different directions and thus providing no direction, we will continue to have what we now have which is an utter state of confusion with homeowners deprived of their Constitutional right to equal protection and due process and when and if they do get a semblance of due process, the result ultimately ends up in the homeowner losing their home in foreclosure and being evicted.

Let's note that even if a homeowner is not foreclosed or evicted, initially or after a good deal of time has passed, for whatever reason, in all of these cases, the reality is that the homeowner is "ping-ponged" between lower courts and higher courts until the homeowner runs out of money, whether paying for a lawyer or not, in which case the homeowner, if pro se, is even more vulnerable, or the homeowner's lawyer is bribed by the bank to continue to "represent" the homeowner, and take the homeowner's money, and at the same time, take the bank's or opposition's money, impoverishing the homeowner and strengthening the homeowner's opposition. No homeowner will ever receive bona fide Constitutional Due Process when the "process" itself, as applied by judges and justices, and by the lawyers on both sides, is designed to destroy the homeowner one way or another, while simultaneously enriching the homeowner's opposition.

Described above is the way things are. Thus the judicial branch of the government of the United States, nationwide, is corrupt, and entirely opposed to homeowners facing foreclosure. The United States Bankruptcy Code does not apply to homeowners in fact or in deed. But the United States Bankruptcy Code does apply to insurance companies, reinsurance companies, hedge funds, and others, and that fact is easily shown by the fact that billions upon billions of dollars have been paid by the homeowners' opposition parties in hundreds of cases in and out of bankruptcy courts, state and federal courts, the court of claims, and in out-of-court settlements. So again, Equal Protection does not apply to a homeowner facing foreclosure, but does apply to others in the foreclosure context albeit from the "investors" point of view, but aimed at the same parties causing homeowners like Ms. Sanders to face foreclosure, eviction, and family disintegration. The effect of deprivation of Equal Protection in the foreclosure context is "war" on the family. The effects are not without an "author." The political forces that oppose "family," and "family values" have arrayed their weapons against the family and the weapon of choice is foreclosure and eviction which leads to family disintegration

which is the tool of "globalists" in a much larger plan to obliterate the United States of America by obliterating the family. Judges, justices, the judicial, legislative and executive branches of the government of the United States, whether wittingly or unwittingly are doing the globalists biding, fulfilling the globalists agenda, to destroy the family, by being pawns used to foreclose and evict homeowners, causing family disintegration, which in turn violates state and federal Constitutional promises to promote the health, safety and welfare of citizens of the states and of the United States.

Every clause in the state and federal Constitutions, every right, privilege, immunity, written and unwritten protection afforded by the Constitutions of every state and of the United States, is being offended in and by the disparate treatment and misdirection and indirection of unpublished and published opinions of all courts in leaving, so far, roughly 50 million foreclosed and evicted ex-homeowners, all of their family members that used to have a home now home*less*, in the hands of opposition to the rights afforded by the various Constitutions to homeowners that faced foreclosure, lost, were evicted, and subsequently, were victims or antagonists of murder and murder-suicide, and in all cases, left homeless, helpless, and hopeless, unprotected by the same Constitutions protecting their antagonists. To top off every bad effect of facing foreclosure, the epitome may be that many of the foreclosed homes, eventually, were bulldozed down, and/or rendered uninhabitable, leading to arson, vandalism, and ultimately, the further blight of our inner cities.

Ms. Sanders is a victim as much as anyone else by the black-eye caused our nation due to the judicial, legislative, and executive branches of the government of the United States over the past uncountable number of years that our country has been controlled by our Central Bank and bankers that have coopted and bribed each branch of government, state and federal, and have had their way in taking ownership through contrived economic pretexts they masterminded to "absorb" private property by using the law and the courts and complicit presidents and federal executive agencies to "regulate" by foaming the runways for the too-big-to-fail, too-big-to-jail banks and banksters that have led the charge to deprive homeowners, and all real property owners, of protections afforded by all Constitutions, the various states and the federal Constitution.

Seemingly "clothed" with the law on their side, i.e., color of law, only possible with a duplicitous judiciary, not all but an overwhelmingly one-sided judiciary, with state legislatures and a

Congress in support thereof, paying but lip service as merely a heart-string pulling public relations stunt to show "fake" support for foreclosed and evicted homeowners while those politicians, e.g., Dianne Feinstein and Nancy Pelosi, go home at night to the nations largest mansions staffed with domestic servants *ad nauseum*, our courts and the judges and associates and staff that are in supporting roles, have single-handedly destroyed families by effecting foreclosures and evictions without ever allowing discovery of the true facts, but instead, mostly relying upon the public records, bolstered by judicial notice, and thus ultimately rubber stamping foreclosures and evictions.

The fact that Ms. Sanders cannot find competent individual Chapter 11 bankruptcy counsel, and those she has found have fleeced her (and her husband) at their most financially vulnerable moments, is an indictment of the bench and bar, a revolving door of bankruptcy "clubbers." Unfortunately for Ms. Sanders, she is not a club member.

In light of these well-documented facts, Ms. Sanders can hardly be accused of "bad faith." But the same is not true of the bench and bar. Theirs is a crony system of 'good ole boys and girls" bent toward laziness, looking for the "easy money" cases, unwilling to aggressively advocate for bankrupt debtors, afraid to file an Adversary Proceeding as being "too much work," and otherwise full of empty words without action, drawing blanks from well-informed clients when asked about the bankruptcy code. The tool of their trade is largely incomprehensible to them. They wing-it in court until the day of reckoning, not for them but for their client, a day of trouble, defeat, and further financial impoverishment at the hands of another corrupt lawyer, a heartless dirge.

The last resort of a distressed and oppressed homeowner to slow down or stop their family home from being foreclosed, and then stop themself and their family from being evicted, is bankruptcy. Barring in some way access to bankruptcy to gain time to seek competent and honest counsel, if there is such a thing, which undeniably is nearly non-existent, for whatever reason it is what it is, greases the banks' and other homeowners' opposition parties to strip homeowners of their real property, particularly in non-judicial foreclosure states, but in all states, of Equal Protection and of Due Process. While it is true that states such as California have a statutory scheme codifying the "theft" of private property, the history of the legislative deliberations in enacting the legislation was diametrically and forever opposed to what they knew at the time was appeasement of bank interests

in denying homeowners equal protection and due process by simply auctioning collateralized property, even where there was a bona fide dispute over the contractual relations of the parties. This lopsided state of affairs blessed by today's modern foreclosure and eviction process has flip-flopped to where non-judicial foreclosure is such a formidable weapon against private property rights as to jeopardize private property rights for all, not just homeowners facing foreclosure.

## BAD FAITH

The Ninth Circuit has rejected any formulaic test of bad faith. *Marsch*, 36 F.3d at 828 (good faith, "depends on an amalgam of factors and not upon a specific fact.") Rather, [t]he ultimate determination of whether a chapter 11 case was filed in good faith is 'based on the totality of circumstances'" In re Marshall, 403 B.R. 668,690 (Bankr. C.D. Cal. 2009) (quoting In re Sylmar Plaza, L.P.) 314 F.3d 1070,1074 (9th Cir. 2002)).

- the frequency and number of prior bankruptcy filings and dismissals
- whether the debtor misrepresented or omitted any information in the petition
- whether the bankruptcy is feasible or filed simply to delay creditors
- whether the debtor has shown the intention to complete the bankruptcy by complying with all court rules and procedures after filing the case
- whether the debtor financed any luxury items (such as an expensive car) prior to filing to increase his or her expenses, and
- any other egregious conduct.

If a bank is relentless in its pursuit of foreclosure (*Sundquist* [see cite infra]), mad-dogging, targeting and victimizing the homeowner and other residents of that particular home to near-death or death, by any means necessary in order to foreclose, is a homeowner *limited* in the number of bankruptcy petitions he or she can <u>file</u> in order to stop the bank from foreclosing? If Congress wanted to put a cap on the number of bankruptcies a homeowner could file before being barred from further filing, it could have and likely would have done so. But Congress did not do so. Thus, "bad faith" is not a substitute "proxy" for activist judges or justices to cleverly "find" bad faith and extrapolate such

a finding to cap and bar bankruptcy to Ms. Sanders or anyone else displeasing or an affront to the "system" in the eyes of a specific bankruptcy judge or justice.

Since when and why was it so important to Congress to elevate a bankruptcy referee to a bankruptcy *judge* when the sole purpose of a judge is to call bankruptcy balls and strikes, not legislate from the bench, as has been done here to Ms. Sanders by vacated and remanded Judge Albert for violating Ms. Sanders' right to United States Constitutionally-protected Due Process. The United States Court of Appeals for the Ninth Circuit, Bankruptcy Appellate Panel, rightly, reasonably and correctly noted that "if" Judge Albert's opinion were permitted to stand, the effect on Ms. Sanders would be to kick back any future bankruptcy petition before it passed between her and the clerk at the clerk's window. In other words, had Judge Albert's decision stood in "evicting" Ms. Sanders by not permitting her to get past the bankruptcy clerk's filing window, then Ms. Sanders effectively would be denied Constitutional Due Process FOREVER.

Since that result was abhorrent to the BAP, Judge Albert's "decision" dismissing Ms. Sanders' Chapter 11 reorganization was vacated and Ms. Sanders was ping-ponged back to Judge Albert for a "decision" not predicated upon the number of times Mr. or Mrs. Sanders filed bankruptcy. Leaving Judge Albert with what might effectively be a "final" decision in the matter of Ms. Sanders' Chapter 11 reorganization after Ms. Sanders has now been foreclosed upon *twice*, having lost her home and her former home, having literally nothing left, non-judicially stripped of anything of material value, and having been deprived of what few financial resources she might muster, the latest incident being another California Bar licensed attorney having "stolen" $1,000.00 to conduct a review of bankruptcy actions, including this particular action, then doing absolutely nothing, not even providing a response of any kind, ignoring both Mr. and Mrs. Sanders, is but another proof of the duplicitousness of bench and bar and Ms. Sanders' opposition to her right to have and to hold private property by being afforded the guarantees, benefits and protections, privileges and immunities of the California and United States Constitutions, according to those written documents but not as applied in the courts, so far.

Ms. Sanders has been "robbed" by lawyers, robbed by courts, robbed by the executive, legislative and judicial branches of "her" government, being stripped of her private property and any means to defend herself or hire competent and honest counsel to help her.

The state of affairs Ms. Sanders now faces is the total deprivation of everything the United States Constitution so nobly cries out for by our Founding Fathers but for which scoundrels in government, judicial, legislative and executive have eviscerated or permitted to be coopted or perverted as applied, or simply when a homeowner such as Ms. Sanders faced a green light in the law been shown a red light by "interpretation" where no interpretation was permissible because the statute or law was incontrovertibly plain on its face.

## BACKGROUND

Ms. Sanders' family came from China after escaping with the clothes on their backs and nothing in their pockets their own corrupt and civilian-murdering government only to land in the Philippines where years later during Japanese occupation in World War II, her five (5) uncles, community-leading businessmen, and all businessmen in the community, were called to a "business meeting" in a local Catholic church where Japanese soldiers boarded-up the church, poured gasoline over the church, and burned everyone alive. Then, just as now is being done by the too-big-to-fail, too-big-to-jail banks and banksters, all of the property the now dead businessmen held became the property of the government of Japan. Ms. Sanders has suffered at the hands of the Chinese government, the all-too-cooperative and ineffectual government of the Philippines, unsupported by the United States due to the United States' initial defeat at the hands of the Japanese and then murders of her uncles after the humiliating defeat and retreat of the troops of the United States, and subsequent driving of Ms. Sanders and her family into the alligator-infested swamps of the Philippines in order to avoid massacre by still other Japanese troops until the end of the war. Then now, worst of all, Ms. Sanders comes to the United States only to have her home and former home stolen without Due Process or Equal Protection or any protection afforded by the U.S. Constitution or the Constitution of the state in which she resides and in which her home and former home turned rental were located. Ms. Sanders has been deprived of a critical portion of her income in the foreclosure of her former home stripped away by non-judicial foreclosure.

Ms. Sanders has now lived to see corrupt government and its effects upon her and her family in three (3) different countries, each of which at one time were populist nations doing what was good and right for their citizens, but then turned against their citizens by passing laws that judges and justices enforced that stripped citizens of all that they owned and "gave it" to their opposers. The United States has done exactly what other nations have done and that is to strip citizens of their private property to give it to whoever at that time were the political elites by passing laws and using courts to enforce laws intended to strip citizens of private property and give it to other and more favored citizens. Essentially, laws and courts and executive fiat transferred wealth involuntarily in the name of "government," and if the system did not work in the corrupt way it was set up to work, force made sure it worked simply by murdering any that objected.

So Ms. Sanders does not stand before Judge Albert hat in hand begging for justice, but instead, observing whether the law will be used as a shield or a sword, whether the law will protect her and return her property to her after being stripped of it by Wells Fargo Bank and Bank of America by **offending** the Automatic Stay (*Sundquist v. Bank of America*, Decided March 23, 2017, U.S. Bankruptcy Court, Eastern District of California, Adversary Proceeding No. 14-02278, Case No. 10-35624-B-13J: Award $45,000,000.00) which was **in place and in force** at the instant Judge Albert kicked back Ms. Sanders' petition at the bankruptcy clerk's window, or whether Judge Albert will cleverly, or not so cleverly, craft bad faith in a way that demonizes Ms. Sanders' affront to Judge Albert's manhood in being overturned, vacated by the BAP, and thus, in retribution and in vengeance, ensuring on any grounds under the sun not totally out of the realm of possibilities, opining that "he" finds bad faith in Ms. Sanders' filing bankruptcy, this bankruptcy, a previous bankruptcy, or her husband's separate bankruptcies.

Does due process cut off the right to file bankruptcy, assuming there is a Constitutional right to so file bankruptcy, at an identifiable number of successful or unsuccessful attempts, whether represented by counsel or unrepresented, effectively barring bankruptcy as a means to stop foreclosure through no fault of a particular homeowner but because the homeowner may not be able to find, hire or pay competent or honest counsel? Is it the homeowner's problem, like Ms. Sanders, that the banks, Ms. Sanders' opposition, has "gotten to" her lawyers in the past and paid them off to throw Ms. Sanders case, unbeknownst to Ms. Sanders? Ms. Sanders has exceedingly persuasive

evidence that prior counsel and her most recent counsel did exactly that, her lawyers stabbed her in her back! Worst of all, they stabbed her in her back while taking her money, making her believe that they were on her side. Machiavelli is jealous. Ms. Sanders' opponents destroyed her financially by taking what little money she had to pay lawyers with while those same lawyers were being paid by her opposition, Bank of America and Wells Fargo Bank.

Having filed bankruptcy multiple times over a period of years in order to stop serial bank foreclosures against owner-occupied, primary residences of homeowner, over the years, at what point, and upon which specific foreclosure filing, will the law no longer afford a homeowner any right whatsoever to stop foreclosure by filing bankruptcy? Once more, and finally, the real issue is whether a homeowner, facing foreclosure, is barred from further filing bankruptcy, after "x" number of pro se and/or counsel-represented bankruptcies, and, what is that finite number "if" the number is not discernible in the law or in equity, particularly and especially where the right to counsel is superfluous since there is a stark void of competent foreclosure defense lawyers and/or bankruptcy lawyers willing to represent financially strapped and insolvent homeowners facing foreclosure, and/or a financially distressed homeowner up against a financial institution with more cash than they know what to do with versus a homeowner headed over the financial precipice.

Does the bankruptcy code limit the number of times a homeowner may file bankruptcy in order to slow-down or stop foreclosure of their home, giving the homeowner a chance to regroup, to sort out, to reorganize, and/or otherwise, even satisfactorily, do unto their creditors as their creditors would have done onto them (double entendre intended).

Ms. Sanders used the bankruptcy code as intended.

## CONCLUSION

We began with, "Facing foreclosure, does a homeowner have a Constitutional Due Process right to file bankruptcy to stop it?," and we now end with, Facing foreclosure, does a homeowner have a Constitutional Due Process right to file bankruptcy to stop it?

DEBTOR'S RESPONSE TO OSC RE BAD FAITH FILING

Dated: 4/11/17

Submitted,

*[signature]*
Lydia Ong Sanders

*Proud to be Chinese,*

*Prouder to be an American.*

- 11 -

DEBTOR'S RESPONSE TO OSC RE BAD FAITH FILING

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1621 Kenisng Lane
Santa Ana, CA 92705-3074

A true and correct copy of the foregoing document entitled (*specify*):

### DEBTOR'S RESPONSE TO OSC RE BAD FAITH FILING

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 11, 2017, I cannot check the CM/ECF docket for this bankruptcy case or adversary proceeding and I am thus unable to determine that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below because I have no access thereto, not being a member of the Bar:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On April 11, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 11, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor Albert, 411 W. Fourth St., Santa Ana, CA 92701 (5th Fl. bin outside elevators)
U.S. Trustee, 411 W. Fourth St., Ste. 9041, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

4/11/17        Marshall Sanders
Date           Printed Name                          Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE