United States Bankruptcy Court
Central District of California

In re:  
Lydia Ong Sanders  
      Debtor

Case No. 15-14615-TA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: esteinber     Page 1 of 1     Date Rcvd: May 23, 2017  
                    Form ID: ndwr       Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2017.  
db         Lydia Ong Sanders,    1621 Kensing Ln,    Santa Ana, CA  92705-3074

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        EDI: EDD.COM May 24 2017 01:53:00     Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001  
smg        EDI: CALTAX.COM May 24 2017 01:53:00     Franchise Tax Board,    Bankruptcy Section MS: A-340,    P.O. Box 2952,    Sacramento, CA  95812-2952  
smg        EDI: IRS.COM May 24 2017 01:53:00     Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346  
smg        +E-mail/Text: LAROBankruptcy@SEC.gov May 24 2017 02:10:16     Securities & Exchange Commission,    444 South Flower St., Suite 900,    Los Angeles, CA 90071-2934  
36589569      EDI: NAVIENTFKASMSERV.COM May 24 2017 01:53:00     Navient,    P.O. Box 9555,    Wilkes-Barre, PA 18773-9555  
                                                                                                                                              TOTAL: 5

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2017 at the address(es) listed below:  
        Nancy S Goldenberg    on behalf of U.S. Trustee    United States Trustee (SA)    nancy.goldenberg@usdoj.gov  
        United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov  
                                                                                                                                              TOTAL: 2

# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE−FILING

**DEBTOR(S) INFORMATION:**
Lydia Ong Sanders
**SSN:** xxx−xx−9390
**EIN:** N/A

1621 Kensing Ln
Santa Ana, CA 92705−3074

**BANKRUPTCY NO.** 8:15−bk−14615−TA
**CHAPTER** 11

You are notified that an order was entered **DISMISSING** the above−captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

Dated: May 23, 2017

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ndwr rev. 11/97) VAN−18

**31 / STE**