**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**770 The City Drive South, Suite 8500**
**Orange CA, 92868**
**Tel: (714) 621-0200**
**Fax: (714) 621-0277**

## UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>**Marshall Samuel Sanders and Lydia Ong Sanders**<br><br>Debtor(s). | Chapter 13<br>Case No.: 8:16-bk-14984-ES<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE AND ORDER CLOSING CASE.** |

TO: THE ABOVE NAMED DEBTOR(S), AND THE ATTORNEY FOR THE DEBTOR(S) IF ANY:

NOTICE IS HEREBY GIVEN that Amrane Cohen, the Chapter 13 Trustee in the above-captioned case, intends to file a Final Report & Account, a draft of which is enclosed; and

NOTICE IS HEREBY GIVEN that any remaining balance on hand less applicable trustee fees and attorney fees will be refunded to the debtor(s);

NOTICE IS HEREBY GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee (see Bankruptcy 11 U.S.C. #350 (a) and Rule 5009, F.R.B.P.); and

NOTICE IS FURTHER GIVEN that objection (s), if any, shall be filled with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor (s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

Executed on 3/1/2017 at Orange, California.

                                                            /s/ Amrane Cohen
                                                            Amrane Cohen, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

IN RE: Marshall Samuel Sanders  
      1621 Kensing Lane  
      Santa Ana, CA 92705

Case No.: 8:16-bk-14984-ES  
Judge: ERITHE A. SMITH

### DRAFT FINAL REPORT AND ACCOUNT

This case was **DISMISSED BEFORE CONFIRMATION(A)**

SSN#1 - XXX-XX-7338  
SSN#2 - XXX-XX-9390

This Case was commenced on 12/07/2016    The Plan was Confirmed on    The Case was concluded on 02/23/2017

The trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:    $6,950.00

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| Amrane (SA) Cohen (TR) | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Bk Of Amer 1ST TD: 2041 ARRS D/P | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Brad Weil | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CLEAR RECON CORP | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| FDIC as Receiver of | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| FRANCHISE TAX BOARD LIEN: 2041 NO PROVS | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Housing Authority Riverside County | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Internal Revenue Service | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMorgan Chase Bank N.A 2ND TD: 2041 | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Law Office of Jason W. Estavillo | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Lbs Financial Credit Union 08 PONTIAC SOLSTICE | SECURED | 15,211.17 | 0.00 | 0.00 | 0.00 |
| Lydia Ong Sanders | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS, INC. | UNSECURED | 9,674.89 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS, INC. | UNSECURED | 96,720.82 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS, INC. | UNSECURED | 97,345.21 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS, INC. | UNSECURED | 98,482.76 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS, INC. | UNSECURED | 49,683.04 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS, INC. | UNSECURED | 167,077.12 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS, INC. | UNSECURED | 59,555.94 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS, INC. | UNSECURED | 31,571.55 | 0.00 | 0.00 | 0.00 |

CASE NO: 8:16-bk-14984-ES        Marshall Samuel Sanders and Lydia Ong Sanders

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| NAVIENT SOLUTIONS, INC. | UNSECURED | 94,312.90 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS, INC. | UNSECURED | 57,642.74 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS, INC. | UNSECURED | 86,078.51 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS, INC. | UNSECURED | 29,157.60 | 0.00 | 0.00 | 0.00 |
| Orange County Treasurer-tax collect | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC Bank | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Prenovost, Normandin, Bergh & Dawe | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Santa Ana Division | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC., 15 DODGE DART, ARRS= $100.00 | SECURED | 20,321.25 | 0.00 | 0.00 | 0.00 |
| State Board of Equalization | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| State Department Fcu SECURED CREDIT CARD D/P | SECURED | 251.41 | 0.00 | 0.00 | 0.00 |
| State of California D/P | UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| Suntrust Bank | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| United States Trustee (SA) | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| US Bank/Rms CC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| Wells Fargo Bank 1ST TD: 1621 NO PROVS | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK N A TRUST | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |

### SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL |  |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 35,783.83 | 0.00 | 877,303.08 |  | 0.00 | 913,086.91 | TOTAL PAID |
| PRIN. PAID | 0.00 | 0.00 | 0.00 |  | 0.00 | 0.00 | PRIN. AND INT. |
| INT. PAID | 0.00 | 0.00 | 0.00 |  |  | 0.00 | 0.00 |

### DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTORS' ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| Brad Weil | 6,000.00 | 0.00 |

### COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| FILING FEE & DEPOSIT | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST |  |
|---|---|---|---|
| 0.00 | 430.90 | 0.00 | 430.90 |

CASE NO:  8:16-bk-14984-ES        Marshall Samuel Sanders and Lydia Ong Sanders

    I, Amrane Cohen, the Chapter 13 Trustee, certify that this Final Report and Account is a true and accurate record of the estate to the best of my knowledge, information and belief.  I hereby certify that the estate has been fully administered.

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Amrane Cohen as Trustee and releasing Amrane Cohen and his surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: March 01, 2017                                                                                    /s/ Amrane Cohen
                                                                                                        _____
                                                                                                        Amrane Cohen

| In re:<br>Marshall Samuel Sanders<br>1621 Kensing Lane<br>Santa Ana, CA 92705 | Debtor(s). | CHAPTER 13<br><br><br>Case No.: 8:16-bk-14984-ES |
|---|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #8500
ORANGE, CA  92868

The foregoing document described as <u>NOTICE OF INTENT TO FILE FINAL REPORT AND ACCOUNT</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 3/1/2017  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:


**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/1/2017 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

Brad Weil                                                          bfweil@justbradlegal.com

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

Marshall Samuel Sanders
Lydia Ong Sanders
1621 Kensing Lane
Santa Ana, CA 92705

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/1/2017 | ALDO AMAYA | /s/ ALDO AMAYA |
|---|---|---|
| Date | Type Name | ALDO AMAYA |