| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>BRAD WEIL, ESQ. SBN 263524<br>Law Offices of Brad Weil<br>460 E. Carson Plaza Dr. Suite 217<br>Carson CA 90746<br>Telephone: (310) 515-7799<br>Fax: (310) 515-7752<br>bfweil@justbradlegal.com<br><br>☐ Debtor(s) appearing without an attorney<br>☒ Attorney for: Debtors | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Marshall Samuel Sanders, &<br>Lydia Ong Sanders,<br><br><br><br>Debtor(s). | CASE NO.: 8:16-bk-14984-ES<br>CHAPTER: 13<br><br>**NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) <u>Marshal and Lydia Sanders (Debtors)</u>
   filed a motion or application (Motion) entitled <u>Final Fees and/or Expenses (11 USC 330)</u>

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion. *(Check appropriate box below):*
   ☒ The full Motion is attached to this notice; or
   ☐ The full Motion was filed with the court as docket entry # _____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

a. If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b. If you fail to comply with this deadline:

(1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2) Movant will lodge an order that the court may use to grant the Motion; and

(3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 03/03/2017

_____
Signature of Movant or attorney for Movant

Brad Weil
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    F 9013-1.2.OPPORTUNITY.HEARING.NOTICE

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BRAD WEIL, ESQ. SBN 263524<br>Law Offices of Brad Weil<br>460 E. Carson Plaza Dr. Suite 217<br>Carson CA 90746<br>Telephone: (310) 515-7799<br>Fax: (310) 515-7752<br>bfweil@justbradlegal.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Marshall Samuel Sanders, &<br>Lydia Ong Sanders,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:16-bk-14984-ES<br>CHAPTER: SELECT CHAPTER  13<br><br>**APPLICATION FOR PAYMENT OF:**<br><br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br><br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: *No hearing unless requested,*<br>TIME:<br>COURTROOM: 5A<br>PLACE: 411 West Fourth Street<br>Suite 5040 / Courtroom 5A<br>Santa Ana, CA 92701-4593 |

1. Name of Applicant (*specify*): Brad Weil

2. Type of services rendered: Attorney for Debtor in Chapter 13
   a. ☒ Attorney for (*specify*): Debtor
   b. ☐ Accountant for (*specify*): _____
   c. ☐ Other professional (*specify*): _____

3. Date of filing of petition under chapter  13  of the Bankruptcy Code:  12/07/2016

4. Date of entry of Order Approving Applicant's Employment: _____

5. Date of filing of last Fee and/or Expense Application: _____

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 0.00

   a. Retainer received: $ 0.00

   b. Retainer remaining as of the date of this Application: $ 0.00

   c. Total amount requested in all prior applications: $ 0.00

   d. Total amount actually paid pursuant to prior approved applications: $ 0.00

   e. Total amount currently due but unpaid pursuant to prior approved applications: $ 0.00

   f. Total amount allowed but reserved pending final fee application: $ 0.00

7. **Summary of Requested Fees**: (attach detailed supporting documentation to this Application)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Brad Weil | $ 350.00 | X 20 | | = | $ 7,000.00 |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

   g. ☐ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows: The attorney is a certified specialist in the field of bankruptcy    ☐ See attached page
   The attorney mainly practices Chapter 13 bankruptcy

9. Bonus requested (final fee applications only): $ _____
   (attach Declaration and Memorandum of Points and Authorities justifying bonus)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 7,000.00

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 0.00

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 2                            **F 2016-1.2.APP.PAYMENT.FEES**

12. **Summary of Requested Expense Reimbursement**: *(attach detailed supporting documentation to this Application)*

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. | $ |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g. ☐ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 *(specify)*:

    Hourly Breakdown & Docket Report.

15. Total number of attached pages of supporting documentation: 5

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/03/2017 | Brad Weil | *[signed] Brad Weil* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                    Page 3                                    F 2016-1.2.APP.PAYMENT.FEES

Fee application for Sanders

| Date | Description | Hours |
|---|---|---|
| 12/5/2016 | Discussed the filing of a Chapter 13 bankruptcy to stop a foreclosure sale. Client retained our services and we pulled his credit and started his file. Discussed valuing property and the student loan claims. Client feels they are time barred. | 3.0 |
| 12/7/2016 | Filed Chapter 13 bankruptcy case in order to stop his foreclosure sale. Worked up the schedules, statements, and related documents with the client. Filed the case with the court. Discussed client responsibilities and expectations of him. Made sure he understood to make the mortgage and plan payments. | 3.0 |
| 12/29/2016 | Prepared and filed mortgage declaration. Called client to discuss his interactions with the Chapter 13 trustee. Sent items to the Chapter 13 trustee in preparation for the 341 hearing. | 1.0 |
| 1/10/2017 | Phone call to client to prepare them for the 341 hearing. Discussed issues of valuation of property and plan treatment of arrears. Also discussed the objection to confirmation filed by B of A. | 1.0 |
| 1/17/2017 | Meeting of creditors in Santa Ana. Both clients appeared with driver's license and social security cards and plan payment. Had a in person meeting with both clients after the hearing to discuss the trustee's objections and position on the case. | 3.0 |
| 1/19/2017 | Phone consults with client to amend the Chapter 13 plan. Discussed the treatment of the vehicles and the amount of the arrears and how much the plan payment would have to be to pay. | 1.0 |
| 1/20/2017 | Drafted and filed the motion to value Tustin property. Also drafted and filed the amended Chapter 13 plan. Incurred mailing costs of $26.17 to serve the motion. | 2.5 |
| 1/31/2017 | Phone consultation with client to discuss the treatment of the vehicles through the plan. LBS sued the Debtors in violation of a previous Chapter 7 discharge. I tried to convince the client it was in their best interest to surrender collateral. Debtors want to keep the cars for sentimental purposes. | 1.5 |
| 2/6/2017 | Prepared and Filed 2nd amended plan to include cars. | 0.5 |
| 2/21/2017 | Attended the Confirmation hearing with the clients. Asked for a continuance. Court dismissed with 180 day bar. Meeting with clients afterward. | 3.0 |
| 2/22/2017 | Phone consultation with client to discuss the disposition of plan payments already made. I informed him I would be filing a motion for fees and the trustee could not return the money until that was resolved. | 0.5 |

Total time 20

20 X $350.00 = 7,000.00

# 8:16-bk-14984 | Marshall Samuel Sanders and Lydia Ong Sanders

| Date Filed | # | Docket Text |
|---|---|---|
| 03/01/2017 | 34 | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted . (Cohen (TR), Amrane (SA)) |
| 02/25/2017 | 33 | BNC Certificate of Notice (RE: related document(s) 32 ORDER and Notice of Dismissal arising from Ch 13 Conf. Hrg. (11 U.S.C. Section 109(g)) (BNC)) No. of Notices: 17. Notice Date 02/25/2017. (Admin.) (Entered: 02/25/2017) |
| 02/23/2017 | 32 | ORDER and Notice of dismissal arising from chapter 13 confirmation hearing (11 U.S.C. Section 109(g))(BNC) - Both Debtors Dismissed for 180 Days. Barred Joint Debtor Sanders, Lydia Ong; Debtor Sanders, Marshall Samuel starting 2/23/2017 to 8/22/2017 (RE: related document(s)[1] Voluntary Petition (Chapter 13) filed by Debtor Marshall Samuel Sanders, Joint Debtor Lydia Ong Sanders, [9] Meeting (AutoAssign Chapter 13), [20] Hearing (Bk Other) Set) (Steinberg, Elizabeth) |
| 02/23/2017 | 31 | Hearing Held (RE: related document(s)[21] Motion for Setting Property Value filed by Debtor Marshall Samuel Sanders, Joint Debtor Lydia Ong Sanders) - OFF CALENDAR, MOOT(Steinberg, Elizabeth) |
| 02/23/2017 | 30 | Hearing Held RE: Confirmation Of Chapter 13 Plan; DISMISSED WITH 180 DAY BAR AGAINST REFILING DUE TO MULTIPLE PRIOR FILINGS AND FAILURE TO LIST ALL KNOWN DEBT. (Steinberg, Elizabeth) |
| 02/22/2017 | 29 | Hearing Continued (RE: related document(s)[21] Motion for Setting Property Value filed by Debtor Marshall Samuel Sanders, Joint Debtor Lydia Ong Sanders) RULING: Continue hearing to February 21, 2017 at 1:30pm, the same/date time as hearing on plan confirmation. (Reid, Rick) |
| 02/20/2017 | 28 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valerie) (Entered: 02/20/2017) |
| 02/17/2017 | 27 | Objection to Confirmation of Plan Filed by Creditor LBS Financial Credit Union (RE: related document(s)[26] Amended Chapter 13 Plan Second Amended Plan with proof of service Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (RE: related document(s)[25] Amended Chapter 13 Plan 1st amended Ch 13 Plan with proof of service Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (RE: related document(s)[2] Chapter 13 Plan (LBR F3015-1) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders.).).). (Rocha, Karel) |
| 02/06/2017 | 26 | Amended Chapter 13 Plan Second Amended Plan with proof of service Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (RE: related document(s)[25] Ame |

| Date Filed | # | Docket Text |
|---|---|---|
| | | nded Chapter 13 Plan 1st amended Ch 13 Plan with proof of service Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (RE: related document(s)[2] Chapter 13 Plan (LBR F3015-1) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders.).). (Weil, Brad) |
| 01/20/2017 | 25 | Amended Chapter 13 Plan *1st amended Ch 13 Plan with proof of service* Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (RE: related document(s) 2 Chapter 13 Plan (LBR F3015-1) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders.). (Weil, Brad) (Entered: 01/20/2017) |
| 01/20/2017 | 24 | Hearing Set (RE: related document(s) 21 Motion for Order Determining Value of Collateral, filed by Debtor Marshall Samuel Sanders, Joint Debtor Lydia Ong Sanders). The Hearing date is set for 2/16/2017 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/20/2017) |
| 01/20/2017 | 23 | Notice of motion/application *Amended notice of motion resetting hearing* Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (RE: related document(s) 21 Motion for Setting Property Value *of 2041 Iroquois Tustin CA 92782 with proof of service* Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Exhibit "C" # 4 Exhibit "D" # 5 Exhibit "E") (Weil, Brad) - WARNING: Item subsequently amended by docket entry no. 22 - Modified on 1/20/2017.). (Weil, Brad) (Entered: 01/20/2017) |
| 01/20/2017 | 22 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time was selected. THE FILER IS INSTRUCTED TO SELECT THE APPROPRIATE HEARING DATE AND TIME OR CONTACT JUDGE SMITH'S COURTROM DEPUTY FOR A HEARING DATE/TIME AND FILE AN AMENDED NOTICE OF MOTION/HEARING WITH CORRECT HEARING INFORMATION.** (RE: related document(s) 21 Motion for Setting Property Value filed by Debtor Marshall Samuel Sanders, Joint Debtor Lydia Ong Sanders) (Duarte, Tina) (Entered: 01/20/2017) |
| 01/20/2017 | 21 | Motion for Setting Property Value *of 2041 Iroquois Tustin CA 92782 with proof of service* Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Exhibit "C" # 4 Exhibit "D" # 5 Exhibit "E") (Weil, Brad) - WARNING: Item subsequently amended by docket entry no. 22 - Modified on 1/20/2017 (Duarte, Tina). (Entered: 01/20/2017) |
| 01/10/2017 | 20 | Hearing Set (related document # 2 Chapter 13 Plan). Confirmation hearing to be held on 2/21/2017 at 01:30 PM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/10/2017) |
| 01/10/2017 | 19 | Objection to Confirmation of Plan *with Proof of Service and Exhibits* Filed by Creditor BANK OF AMERICA, NATIONAL ASSOCIATION (RE: related document(s) 2 Chapter 13 Plan (LBR |

| Date Filed | # | Docket Text |
|---|---|---|
| | | F3015-1) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders.). (Yabes, Gilbert) (Entered: 01/10/2017) |
| 01/04/2017 | 18 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Lees, Megan. (Lees, Megan) (Entered: 01/04/2017) |
| 12/29/2016 | 17 | Declaration Setting Forth Postpetition, Preconfirmation Payments On: 1. Deeds of Trust (or Mortgages), 2. Leases of Personal Property; 3. Purchase Money Security Liens on Personal Property *with proof of Jan 2017 payment* Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/29/2016) |
| 12/29/2016 | 16 | Certification About a Financial Management Course for Debtor 1 (Official Form 423) Filed by Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/29/2016) |
| 12/29/2016 | 15 | Certification About a Financial Management Course for Debtor 2 (Joint Debtor) (Official Form 423) Filed by Joint Debtor Lydia Ong Sanders. (Weil, Brad) (Entered: 12/29/2016) |
| 12/27/2016 | 14 | Trustee's Notice to the debtor(s) that the case may be dismiss or converted at the confirmation hearing (batch) . (Cohen (TR), Amrane (SA)) (Entered: 12/27/2016) |
| 12/26/2016 | 13 | Request for courtesy Notice of Electronic Filing (NEF) Filed by Fujimoto, Daniel. (Fujimoto, Daniel) (Entered: 12/26/2016) |
| 12/22/2016 | 12 | Trustee's Notice to the debtor(s) that the case may be dismiss or converted at the confirmation hearing (batch) . (Cohen (TR), Amrane (SA)) (Entered: 12/22/2016) |
| 12/10/2016 | 11 | BNC Certificate of Notice (RE: related document(s) 9 Meeting (AutoAssign Chapter 13)) No. of Notices: 13. Notice Date 12/10/2016. (Admin.) (Entered: 12/10/2016) |
| 12/09/2016 | 10 | Debtor's notice of section 341(a) meeting and hearing on confirmation of chapter 13 plan with copy of chapter 13 plan *with proof of service* Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/09/2016) |
| 12/08/2016 | | Judge Erithe A. Smith added to case. Involvement of Judge Catherine E. Bauer Terminated (Roque, Jewell) (Entered: 12/08/2016) |
| 12/08/2016 | | Notice of Debtor's Prior Filings for joint debtors Marshall Samuel Sanders and Lydia Ong Sanders Case Number 15-14615, Chapter 11 filed in California Central Bankruptcy on 09/22/2015 , Dismissed for Other Reason on 09/22/2015; Case Number 13-14049, Chapter 11 filed in California Central Bankruptcy on 05/07/2013 , Dismissed for Other Reason on 10/04/2013; Case Number 13-19704, Chapter 13 filed in California Central Bankruptcy on 12/02/2013 , Dismissed for Other Reason on 03/03/2014; Case Number 10-17916, Chapter 7 filed in California Central Bankruptcy on 06/11/2010 , Standard Discharge on 09/28/2010; Case Number 11-24594, Chapter 11 filed in California Central Bankruptcy on 10/20/2011 , Dismissed for Other Reason on 08/21/2012; Case Number 14-16388, Chapter 11 filed in C |

| Date Filed | # | Docket Text |
|---|---|---|
| | | alifornia Central Bankruptcy on 10/29/2014 , Dismissed for Failure to File Information on 11/19/2014; Case Number 15-13011, Chapter 13 filed in California Central Bankruptcy on 06/15/2015 , Dismissed for Other Reason on 08/26/2015; Case Number 10-14682, Chapter 7 filed in California Central Bankruptcy on 04/12/2010 , Standard Discharge on 02/02/2011; Case Number 14-11663, Chapter 11 filed in California Central Bankruptcy on 03/18/2014 , Dismissed for Other Reason on 09/18/2014.(Admin) (Entered: 12/08/2016) |
| 12/07/2016 | 9 | Meeting of Creditors with 341(a) meeting to be held on 01/17/2017 at 09:00 AM at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701. Confirmation hearing to be held on 02/21/2017 at 01:30 PM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. Proof of Claim due by 04/17/2017 . (Weil, Brad) Modified on 12/8/2016 (Beezer, Cynthia). (Entered: 12/07/2016) |
| 12/07/2016 | 8 | Declaration RE Filing of Tax Returns and Payment of Domestic Support Obligations (Preconfirmation) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/07/2016) |
| 12/07/2016 | | Meeting of Creditors with 341(a) meeting to be held on 01/17/2017 at 09:00 AM at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701. Confirmation hearing to be held on 02/09/2017 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. Proof of Claim due by 04/17/2017 . (Weil, Brad) (Entered: 12/07/2016) |
| 12/07/2016 | | Receipt of Voluntary Petition (Chapter 13)(8:16-bk-14984) [misc,volp13] ( 310.00) Filing Fee. Receipt number 43831370. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 12/07/2016) |
| 12/07/2016 | 7 | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/07/2016) |
| 12/07/2016 | 6 | Statement About Your Social Security Number (Official Form 121) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/07/2016) |
| 12/07/2016 | 5 | Certificate of Credit Counseling Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/07/2016) |
| 12/07/2016 | 4 | Rights and responsibilities agreement between chapter 13 debtors and their attorneys Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/07/2016) |
| 12/07/2016 | 3 | Electronic Filing Declaration (LBR Form F1002-1) Filed by Joint Debtor Lydia Ong Sanders, Debtor Marshall Samuel Sanders. (Weil, Brad) (Entered: 12/07/2016) |
| 12/07/2016 | 2 | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
460 E. Carson Plaza Dr., Ste 217, Carson CA 90746

A true and correct copy of the foregoing document entitled: **APPLICATION FOR PAYMENT OF INTERIM (11 U.S.C. § 331)/FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 03/03/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 03/03/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 03/03/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 03/03/2017 | Brad Weil | /s/ Brad Weil |
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 4                    F 2016-1.2.APP.PAYMENT.FEES

Amrane (SA) Cohen (TR)
efile@ch13ac.com

Daniel K Fujimoto on behalf of Creditor Wells Fargo Bank, N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-1
wdk@wolffirm.com

Megan E Lees on behalf of Interested Party Courtesy NEF
ecfcacb@aldridgepite.com, MEL@ecf.inforuptcy.com;mlees@aldridgepite.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Gilbert R Yabes on behalf of Creditor BANK OF AMERICA, NATIONAL ASSOCIATION
ecfcacb@aldridgepite.com, GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com

```
Label Matrix for local noticing          BANK OF AMERICA, NATIONAL ASSOCIATION    PRA Receivables Management, LLC
0973-8                                   Aldridge Pite, LLP                       PO Box 41021
Case 8:16-bk-14984-ES                    4375 Jutland Drive, Suite 200            Norfolk, VA 23541-1021
Central District of California           P.O. Box 17933
Santa Ana                                San Diego, CA 92177-7921
Fri Mar  3 16:43:07 PST 2017

Wells Fargo Bank, N.A., as trustee, on behal   Santa Ana Division                 Bk Of Amer
The Wolf Firm                            411 West Fourth Street, Suite 2030,      4909 Savarese Cir
2955 Main Street                         Santa Ana, CA 92701-4500                 Tampa, FL 33634-2413
Second Floor
Irvine, CA 92614-2528


CLEAR RECON CORP                         Chrysler Capital                         FDIC as Receiver of
4375 JUTLAND DR 200                      PO Box 961275                            Washington Mutual Bank
San Diego, CA 92117-3600                 Fort Worth, TX 76161-0275                Attention: Claims Agent
                                                                                  1601 Bryan Street, Suite 1410
                                                                                  Dallas, TX 75201-3479


Franchise Tax Board                      Housing Authority Riverside County       Internal Revenue Service
Bankruptcy Section, MS: A-340            5555 Arlington Ave                       P.O. Box 7346
P.O. Box 2952                            Riverside, CA 92504-2506                 Philadelphia, PA 19101-7346
Sacramento, CA 95812-2952


JPMorgan Chase Bank N.A                  JPMorgan Chase Bank, N.A.                LBS Financial Credit Union
1111 Polaris Parkway                     c/o Five Lakes Agency, Inc.              P.O Box 4860
Columbus, OH 43240-2050                  P.O. Box 80730                           Long Beach, CA 90804-0860
                                         Rochester, MI  48308-0730


Law Office of Jason W. Estavillo         NAVIENT SOLUTIONS,INC                    Navient
1330 Broadway Ste 1030                   P.O. BOX 9640                            Attn: Claims Dept
Oakland, CA 94612-2509                   WILKES-BARRE, PA  18773-9640             Po Box 9500
                                                                                  Wilkes-Barr, PA 18773-9500


Orange County Treasurer-tax collect      PNC Bank                                 Prenovost, Normandin, Bergh & Dawe
Attn: Bankruptcy Unit                    PO Box 54828                             2122 N. Broadway
P.O. Box 4515                            Los Angeles, CA 90054-0828               Suite 200
Santa Ana, CA 92702-4515                                                          Santa Ana, CA 92706-2614


Santander Consumer USA                   State Board of Equalization              State Department Fcu
Po Box 961275                            Special Operations Branch MIC:55         1630 King St
Fort Worth, TX 76161-0275                P.O. Box 942879                          Alexandria, VA 22314-2763
                                         Sacramento, CA 94279-0055


(p)DEPARTMENT OF HEALTH CARE SERVICES    Suntrust Bank                            (p)US BANK
OFFICE OF LEGAL SERVICES MS 0010         Attn:Bankruptcy Dept                     PO BOX 5229
ATTN STEVEN A OLDHAM STAFF ATTORNEY      Po Box 85092 Mc Va-Wmark-7952            CINCINNATI OH 45201-5229
PO BOX 997413                            Richmond, VA 23285-5092
SACRAMENTO CA 95899-7413


United States Trustee (SA)               WELLS FARGO BANK N A TRUST               Wells Fargo Bank
411 W Fourth St., Suite 7160             3815 S WEST TEMPLE                       Mac-F8235-02f
Santa Ana, CA 92701-4500                 Salt Lake City, UT 84115-4412            Po Box 10438
                                                                                  Des Moines, IA 50306-0438
```

| | | |
|---|---|---|
| Amrane (SA) Cohen (TR)<br>770 The City Drive South Suite 8500<br>Orange, CA 92868-4958 | Brad Weil<br>Law Offices of Brad Weil<br>460 E Carson Plaza Dr Ste 217<br>Carson, CA 90746-3274 | Lydia Ong Sanders<br>1621 Kensing Lane<br>Santa Ana, CA 92705-3074 |
| Marshall Samuel Sanders<br>1621 Kensing Lane<br>Santa Ana, CA 92705-3074 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| State of California<br>Property tax postponement<br>P.O. Box 942850<br>Sacramento, CA 94250-0001 | US Bank/Rms CC<br>Card Member Services<br>Po Box 108<br>St Louis, MO 63166 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)LBS Financial Credit Union | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36